**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**RICHARD H. LIVINGSTON,**

                **Plaintiff,**                9:19-cv-353
                                                          (GLS/ML)
       v.

**WILLIAM HOFFNAGLE et al.,**

                **Defendants.**

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFF:**
RICHARD H. LIVINGSTON
*Pro Se*
06001450
Onondaga County Correctional Facility
6660 E. Seneca Turnpike
Jamesville, NY 13078

and

RICHARD H. LIVINGSTON
326 N. Beech Street
Syracuse, NY 13203

**FOR DEFENDANTS:**
HON. LETITIA JAMES          CHRISTOPHER J. HUMMEL
New York State Attorney General  Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation & Order (R&R) by Magistrate Judge Christian F. Hummel, duly filed August 3, 2021. (Dkt. No. 39.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation & Order (Dkt. No. 39) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt No. 30) is **GRANTED**; and it is further

**ORDERED** that plaintiff's request for sanctions for spoliation of evidence (Dkt. No. 35 at 5-6) is **DENIED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the plaintiff at both addresses provided in this order and to defendants in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

August 31 2021
Albany, New York

Gary L. Sharpe
U.S. District Judge